File Hashes for IP Address 68.60.112.65

**ISP:** Comcast Cable
**Physical Location:** Muskegon, MI

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 07/02/2013 20:37:43 | A4045794F9F176DF46F9587213F87FAB1DDAA909 | Through the Looking Glass |
| 06/16/2013 16:35:06 | FF7B766A540DA9112DC23E208370026A79B61341 | Snow White and the Prince |
| 05/29/2013 22:53:43 | 4A8DF78A3EBC0F22662EDF7AE8F9E0BDB45C2FAC | Positively In Love |
| 05/02/2013 05:43:06 | 0CE338B7309BD1BDAE31BC4110D641E004466300 | The Siren |
| 04/27/2013 06:28:17 | 5CD20FA4A34CE40E898CEEC6137FE7AE3E2ED6BC | Inside Perfection |
| 04/25/2013 12:35:11 | 4979F25EBF33239DDE07331D38FA7CACD9BF2DEB | Being Me |
| 04/25/2013 05:13:42 | 9DB18296C4B8DA91E2707D6455EE12B007141BEA | Old Enough to Know Better |
| 04/21/2013 05:52:11 | 73D64CD694FFD3051E8AB13E82F1247FB0970F68 | Another Night |
| 04/10/2013 14:52:37 | A3FC0DE34888F244DB7F38EDB533594B52611839 | Aspirations |
| 04/09/2013 04:36:13 | 3D7B4E9E936C3DEA506A20CAC140A91CA7BFAB47 | Apartment Number Four |

**Total Statutory Claims Against Defendant: 10**

EXHIBIT A

NWMI43