# Copyrights-In-Suit for IP Address 68.60.112.65

**ISP:** Comcast Cable
**Location:** Muskegon, MI

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Another Night | PA0001833359 | 03/13/2013 | 04/12/2013 | 04/21/2013 |
| Apartment Number Four | PA0001835954 | 04/07/2013 | 04/29/2013 | 04/09/2013 |
| Aspirations | PA0001834669 | 04/10/2013 | 04/12/2013 | 04/10/2013 |
| Being Me | PA0001802560 | 08/15/2012 | 08/21/2012 | 04/25/2013 |
| Inside Perfection | PA0001817756 | 12/02/2012 | 12/16/2012 | 04/27/2013 |
| Old Enough to Know Better | PA0001838597 | 04/15/2013 | 04/28/2013 | 04/25/2013 |
| Positively In Love | PA0001800358 | 07/04/2012 | 07/11/2012 | 05/29/2013 |
| Snow White and the Prince | PA0001846095 | 05/22/2013 | 06/17/2013 | 06/16/2013 |
| The Siren | PENDING | 04/30/2013 | 05/14/2013 | 05/02/2013 |
| Through the Looking Glass | PENDING | 06/30/2013 | 07/05/2013 | 07/02/2013 |

**Total Malibu Media, LLC Copyrights Infringed:  10**

EXHIBIT B