UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MALIBU MEDIA, LLC,

        Plaintiff,

v.

        Case No. 1:13cv892

        HON. ROBERT J. JONKER

LONNIE SAGALA,

        Defendant.

_____/

**ORDER TO SHOW CAUSE**

The court records reveal that plaintiff served a summons and complaint on defendant Lonnie Sagala on December 4, 2013, and this defendant has failed to file a response within the time allowed in the court rules. The court records further indicate that plaintiff has failed to enter a default against this defendant. Therefore,

**IT IS ORDERED** that plaintiff shall either file a default within thirty (30) days of the date of this order or show cause in writing why the Court should not dismiss the case against Lonnie Sagala for lack of prosecution under W.D. Mich. LCivR 41.1.

        /s/Robert J. Jonker
        Robert J. Jonker
        United States District Judge

Date: January 27, 2014